```
JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
YUSUR SAID
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | |
|---|---|
| Plaintiff, | Case No. 1:09-cr00057-OWW |
| vs. | |
| YUSUR SAID | STIPULATION AND ORDER TO SCHEDULE HEARING |
| Defendant. | |

Defendant YUSUR SAID by and through her attorney James R. Homola, and the United States of America, by and through its attorney, LAUREL MONTOYA, Assistant U.S. Attorney, hereby stipulate to the following joint request:

That a hearing for change of plea be set for July 19, 2010 at 1:30 pm.  This request is made to provide for the attendance and participation of an interpreter certified in the Amharic language.

DATED: July 12, 2010

```
/s/ James R. Homola            /S/ Laurel J. Montoya
JAMES R. HOMOLA                LAUREL J. MONTOYA
Attorney for Defendant         Assistant U.S. Attorney
```

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111

YUSUR SAID

IT IS SO ORDERED.

**Dated:   July 12, 2010          /s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111